NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRIS L. PITTMAN,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2018-1481

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-01232-SGB, Senior Judge Susan G. Braden.

---

## JUDGMENT

---

JOHN B. WELLS, Law Office of John B. Wells, Slidell, LA, argued for plaintiff-appellant.

DANIEL S. HERZFELD, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by ROBERT EDWARD KIRSCHMAN, JR., DOUGLAS K. MICKLE, JOSEPH H. HUNT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| February 8, 2019 | /s/ Jarrett B. Perlow |
| Date | Jarrett B. Perlow |
| | Chief Deputy Clerk |